# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEIDRE PIERRE #445265** | : | **CIVIL ACTION** |
| | : | **NO. 10-618-JJB-SCR** |
| **VERSUS** | : | **JUDGE BRADY** |
| **JAMES LEBLANC, ET AL** | : | **MAGISTRATE RIEDLINGER** |

## ORDER STAYING DISCOVERY

Considering the Motion to Stay Discovery, record document number 17;

IT IS ORDERED that the Motion is granted and all discovery in the above-entitled matter is stayed until the ruling on the defendants' Motion for Partial Summary Judgment[1] or until further order of the court. *Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995).

Baton Rouge, Louisiana, December 6, 2010.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 13.