UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEIDRE PIERRE (#445265)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 10-618-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated September 15, 2011 (doc. no. 30) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Partial Summary Judgment is GRANTED. Further, plaintiff's claims alleged in the amended complaint are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and this action is DISMISSED.

Baton Rouge, Louisiana, this 5th day of October, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE