UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEIDRE PIERRE (#445265)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 10-618-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Steven C. Riedlinger dated September 15, 2011 as supplemented on November 22, 2011 (doc. no. 30 and 41). The plaintiff filed objections which essentially restate her prior arguments and have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation issued on September 15, 2011 as supplemented by the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Partial Summary Judgment is GRANTED. Further, the plaintiff's Rehabilitation Act and Americans with Disabilities Act claims alleged in the amended complaint are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), and this action is DISMISSED.

Further, the request (doc. no. 43, p. 8) for appointment of counsel is DENIED. Appointed counsel is clearly not needed in this case.

Baton Rouge, Louisiana, this 26th day of January, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE